

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00229-CV

_____

IN RE HEART CENTER OF NORTH TEXAS, Relator

Original Proceeding
17th District Court of Tarrant County, Texas
Trial Court No. 017-308590-19

Before Sudderth, C.J.; Bassel and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and emergency motion for temporary order and relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and emergency motion for temporary order and relief are denied.

Per Curiam

Delivered: June 24, 2022